LOIS I. BRADY (Bar No. 127596)
Chapter 7 Trustee
PO Box 12425
Oakland, CA 94604
(510) 452-6498
(510) 452-6499 fax
loisbrady@sbcglobal.net




RECEIVED SEP 9 2014 BANKRUPTCY COURT OAKLAND, CALIFORNIA

FILED AUG 22 2014 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

In re:

PILOT NETWORK SERVICES, INC.,

Debtor.

Case No: 01-42480 WJL
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $4,620. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| 367 | John June Lee<br>750 Gonzalez Drive, Apt 6H<br>San Francisco, CA 94132 | $4,620.00 |

The total of the unclaimed dividends is $4,620.00.

Dated: August 12, 2014

Lois I. Brady
Chapter 7 Trustee