LOIS I. BRADY (Bar No. 127596)
Chapter 7 Trustee
PO Box 12425
Oakland, CA 94604
(510) 452-6498
(510) 452-6499 fax
loisbrady@sbcglobal.net

RECEIVED SEP 9 2014 BANKRUPTCY COURT OAKLAND, CALIFORNIA

FILED AUG 28 2014 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:

PILOT NETWORK SERVICES, INC.,

Debtor.

Case No: 01-42480 WJL
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF COURT, U. S. BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3010, the Trustee in the above captioned case hereby turns over to the Court unclaimed dividends over 90 days old in the amount of $14,668.73. The name(s) and address(es) of the claimant(s) entitled to the unclaimed dividend(s) are as follows:

| CLAIM # | CLAIMANT | DIVIDEND PAYMENTS |
|---|---|---|
| 189 | Garban Intercapital<br>1100 Plaza Five<br>Jersey City, NJ 07311 | $1,703.68 |
| 190B | David Espos<br>346 Condor Court<br>Patterson, CA 95363 | $13.83 |
| 191B | David Bradford<br>1511 Linden Street<br>Alameda, CA 94501 | $.93 |
| 200 | Panacea Services Ltd.<br>10 Crispin Street<br>London, E1 6HQ<br>England | $14.35 |
| 227 | RGF Co Ltd.<br>c/o Newport Office Properties<br>111 Pavonia Avenue Suite 217<br>Jersey City, NJ 07310 | $681.49 |

| | | | |
|---|---|---|---|
| 1 | 254 | Comdisco Inc. | $8,827.46 |
| 2 | | 6111 North River Road | |
| | | Rosemont, IL 60018 | |
| 4 | 262 | VisionTek | $2,281.40 |
| | | 1175 Lakeside Drive | |
| | | Gernee, IL 60031 | |
| 6 | 282 | US Dept of Labor PWBA | $65.52 |
| | | Attn: Heather L. Hesik | |
| 7 | | 90 7th Street, Suite 2-650 | |
| | | San Francisco, CA 94103-1516 | |
| 8 | 348 | Pacific Bell | $901.88 |
| 9 | | PO Box 489 | |
| | | Montebello, CA 90640 | |
| 10 | 359B | Dylan Sweeney | $178.19 |
| 11 | | 1360 Fulton Street | |
| | | San Francisco, CA 94117 | |

The total of the unclaimed dividends is $14,668.73.

Dated: August 19, 2014

*(signature)*
Lois I. Brady
Chapter 7 Trustee