

The following constitutes the order of the court.
Signed January 29, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Pilot Network Services, Inc.

Debtor

Case No: 01-42480 WJL

Chapter No. 7

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to Comdisco Inc., in the amount of $8,827.46 was not cashed within the 90 day limit and an unclaimed money report was entered on 08/28/2014 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Comdisco, Inc. C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $8,827.46, to:

Comdisco Inc.
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216.

**End of Order**
**No Service List Requested**